No. 743, Misc.   SMITH v. MAXWELL, WARDEN.   C. A. 6th Cir.   Certiorari denied.

No. 750, Misc.   MAXWELL ET AL. v. UNITED STATES. C. A. 2d Cir.   Certiorari denied.   *Leon B. Polsky* and *Harry C. Batchelder, Jr.,* for petitioners.

No. 752, Misc.   MICHAEL v. CALIFORNIA.   Ct. App. Cal., 2d App. Dist.   Certiorari denied.   *Thomas C. Lynch,* Attorney General of California, *William E. James,* Assistant Attorney General, and *Thomas Kerrigan* and *Robert P. Samoian,* Deputy Attorneys General, for respondent.

No. 755, Misc.   LUCAS v. CALIFORNIA.   Ct. App. Cal., 1st App. Dist.   Certiorari denied.

No. 763, Misc.   HURLEY v. UNITED STATES.   C. A. D. C. Cir.   Certiorari denied.   *Solicitor General Griswold, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 774, Misc.   McDANIEL v. THYER MANUFACTURING CORP. ET AL.   Sup. Ct. Miss.   Certiorari denied. *Dixon L. Pyles* for petitioner.   *John F. Bodle* and *Bruce C. Aultman* for respondents.

No. 789, Misc.   WARNER ET UX. v. UNITED STATES. C. C. P. A.   Certiorari denied.   *Solicitor General Griswold* for the United States.

No. 802, Misc.   STEINPREIS ET UX. v. SHOOK ET AL. C. A. 4th Cir.   Certiorari denied.